CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 3 1 2007
JOHN F. CORCORAN, CLERK
BY: /s/ [Deputy Clerk signature]
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 6:07cr00006 |
| v. | ORDER and OPINION |
| ALPHONSA BURTON MILLER, *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on the Government's Motion for Continuance of Trial Date, filed on May 30, 2007 (docket entry no. 23). Defendant was charged in a three-count indictment with distribution of marijuana, possession with intent to distribute marijuana, and possession of a firearm by a felon. Trial is set for June 13, 2007.

The Government's reason for requesting a continuance, as stated in its motion, is that the parties "are engaged in plea negotiations" and that Defendant "has proffered a defense that has a direct bearing" on those negotiations. The Government requests additional time "to conduct further investigation" and argues that the additional time resulting from a continuance "may assist the parties in reaching a resolution to this matter."

These reasons, without more, however, are insufficient for me to find that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

For the foregoing reasons, this motion is hereby DENIED.

It is so ORDERED. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Case 6:07-cr-00006-NKM   Document 24   Filed 05/31/07   Page 1 of 2   Pageid#: 33

ENTERED: /s/ Norman K. Moon
United States District Judge

May 31, 2007
Date